**DWIGHT C. HOLTON, OSB #09054**
United States Attorney
District of Oregon
**NEIL J. EVANS, OSB #96551**5
neil.evans@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 S.W. Third Ave., Suite 600
Portland, Oregon  97204-2902
Telephone:      503-727-1053
Facsimile:       503-727-1117

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 11-CV-00271-HU |
| v. | |
| HOUSING FOR PEOPLE, INC., | ORDER TO DISMISS WITH PREJUDICE |
| Defendant. | |

Upon review of the Plaintiff's Unopposed Motion to Dismiss with Prejudice, it is hereby ORDERED that the motion is GRANTED.

Dated this <u>13th</u> day of <u>  May  </u>, 2011.

<u>/s/ Anna J. Brown      </u>
Honorable Anna J. Brown
U.S. District Court Judge

Page 1      ORDER TO DISMISS WITH PREJUDICE
              *U.S. v. Housing for People, Inc.*, 11-CV-271-HU